

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Fefferman, on behalf of himself and all others similarly situated | Civil Action No.   13-CV-0160-H-KSC |
| **Plaintiff,** | |
| V. | |
| Dr. Pepper Snapple Group, Inc., Dr. Pepper/Seven Up, Inc. and Does 1 through 100, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion to dismiss the case based on the first-to-file rule.

Date:        3/13/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ A. Garcia

A. Garcia, Deputy